**IN RE: ESTATE OF John J. LYNN, Deceased**

**Petition of: Donna Lynn Roberts**

**No. 598 MAL 2016**

Supreme Court of Pennsylvania.

February 22, 2017

## ORDER

PER CURIAM

AND NOW, this 22nd day of February, 2017, the Petition for Allowance of Appeal is **DENIED**.

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Guy Edward YEAGER, Petitioner**

**No. 597 MAL 2016**

Supreme Court of Pennsylvania.

February 22, 2017

## ORDER

PER CURIAM

AND NOW, this 22nd day of February, 2017, the Petition for Allowance of Appeal is **DENIED**.

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Russell WEATHERS, Petitioner**

**No. 678 MAL 2016**

Supreme Court of Pennsylvania.

February 22, 2017

## ORDER

PER CURIAM

AND NOW, this 22nd day of February, 2017, the Petition for Allowance of Appeal is **DENIED**.